UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----------------------------------------------------------------

JOHN HOGAN #97-B-0797,

        PLAINTIFF,



        v.

JAMES T. CONWAY et al.,

        DEFENDANT'S

----------------------------------------------------------------

CASE NUMBER:            09-CV-6225(CJS)

ASSIGNED JUDGE:         HON. JOHNATHAN W. FELDMAN

ATTORNEY FOR COUNSEL:   J. RICHARD BENITEZ

PLAINTIFF, PRO-SE:      JOHN HOGAN #97-B-0797


**************************************************************

### PLAINTIFF'S DISCOVERY DEMAND

### CERTIFICATE OF SERVICE

**************************************************************

DEFENDANT'S (ATTORNEY FOR)          PLAINTIFF, PRO-SE

J. RICHARD BENITEZ                  JOHN HOGAN #97-B-0797
ASSISTANT ATTORNEY GENERAL          ATTICA CORRECTIONAL FACILITY
144 EXCHANGE BLVD. SUITE 200        BOX 149
ROCHESTER, NEW YORK 14614           ATTICA, NEW YORK 14011-0149

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
---------------------------------------------------

JOHN HOGAN #97-B-0797,

        Plaintiff,

              v.

JAMES T. CONWAY, et al.,

        Defendants.
---------------------------------------------------

                                DEMAND FOR DISCOVERY

                                No. 09-CV-6225

    THE PLAINTIFF, JOHN HOGAN #97-B-0797, requests that the Defendant, James T. Conway et al., respond within 14 days to the following requests for these documents:

    1.    To produce to Plaintiff a copy of the purchase order for the cameras and supplies connected with the cameras like conduit, wire etc... The purchase order requested is concerning the cameras that were bought and to be distributed throughout this facility. Any security information may be redacted. The only information needed is the date purchased and the amount. This is needed to prove that these items were in fact purchased.

    THE PLAINTIFF, JOHN HOGAN #97-B-0797, ASKS THE DEFENDANT's JAMES T. CONWAY et al., TO ADMIT FOR THE PURPOSE OF THIS ACTION ONLY AND SUBJECT TO OBJECTIONS TO ADMISSIBILITY AT TRIAL TO:

    1.    THE GENUINENESS OF THE ABOVE REQUESTED DOCUMENT.

    2.    THE TRUTHFULNESS OF THE ABOVE REQUESTED DOCUMENT.

Dated: January 25, 2010
       Wyoming, New York

                        John Hogan #97-B-0797
                        Plaintiff, Pro-Se
                        Attica Correctional Facility
                        Box 149
                        Attica, New York 14011-0149

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------

JOHN HOGAN #97-B-0797,

     Plaintiff,

        v.                  CERTIFICATE OF SERVICE

JAMES T. CONWAY, et al.,        No. 09-CV-6225

     Defendants.
-----------------------------------------------

    I CERTIFY THAT ON January 25, 2010, I MAILED BY THE
UNITED STATES POSTAL SERVICE, A COPY OF THE FOLLOWING:

DISCOVERY DEMAND DATED 1/25/10:

TO THE BELOW PERSONS AT THE BELOW ADDRESSES:

J. RICHARD BENITEZ           HON. JOHNATHAN W. FELDMAN
ASSIST. ATTORNEY GENERAL     UNITED STATES DISTRICT COURT
N.Y.S. ATTORNEY GENERALS OFFICE  2330 U.S. COURTHOUSE
144 EXCHANGE BLVD. SUITE 200   100 STATE STREET
ROCHESTER, N.Y. 14614        ROCHESTER, N.Y. 14614

I SWEAR UNDER THE PENALTY OF PERJURY PURSUANT TO 28 U.S.C. 1746
THAT THE ABOVE IS TRUE AND CORRECT.

DATED: January 25, 2010
      WYOMING, NEW YORK

                     _____
                     JOHN HOGAN #97-B-0797
                     PLAINTIFF, PRO-SE
                     ATTICA CORRECTIONAL FACILITY
                     BOX 149
                     ATTICA, N.Y. 14011-0149